**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 1:09-CR-0064-2 |
| v. | (JUDGE CAPUTO) |
| FELIX ALBERTO COLLAZO | |
| Defendant. | |

## **ORDER**

**NOW**, this 12th day of June, 2018, upon review of Defendant Felix Alberto Collazo's Motion to Correct Sentence under 18 U.S.C. § 2255 , **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Correct Sentence (Doc. 487) is **DENIED**.

(2) A Certificate of Appealability **SHALL NOT** issue.

(3) The Clerk of Court is directed to mark this action **CLOSED**.


    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge